Case 2:16-cr-00212 Document 9 Filed in TXSD on 03/21/16 Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 21, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:16-MJ-00323-1 |
| | § | |
| MICHAEL ALEXANDER FONSECA | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant meets the probable cause standard. The defendant is currently on bond in five separate cases, one of which appears to be a felony offense. All five of the pending cases involve arrests which have occurred in the past twelve months. The defendant has shown an inability or unwillingness to comply with conditions of pretrial release and is therefore a poor candidate for bond. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending

appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 21st day of March, 2016.

                                                Jason B. Libby
                                        United States Magistrate Judge